# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand fourteen.

Before:     Christopher F. Droney,
                   *Circuit Judge.*

_____

Jan P. Holick, Jr., *et al.*,

    Plaintiffs-Appellees,

                                                 ORDER
    v.                                            Docket No. 14-4323

Cellular Sales of New York, LLC, Cellular Sales of Knoxville, Inc.,

    Defendants-Appellants.

_____

    Appellants have filed an unopposed motion to expedite briefing for this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' principal brief and the joint appendix are due January 27, 2015; the Appellees' opposition brief is due March 3, 2015; and a reply brief, if any, is due March 17, 2015.

                                                      For the Court:

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

